IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 05-0838
 ((((((((((((((((

 In Re Edward Wernecke And Michele Wernecke

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. This case is ABATED pursuant to Texas Rule of Appellate
Procedure 7.2 to allow the successor judge to reconsider the court's order.
 The stay order issued October 7, 2005 remains in full force and effect.
 2. This case is removed from the Court's active docket until
further order of this Court. The parties shall immediately notify this
Court about any changes in status. The parties shall file either a status
report or a motion to dismiss by November 23, 2005.
 3. The Court requests that relators notify the Court when the
successor judge has ruled in accordance with Texas Rules of Appellate
Procedure 7.2(b).

 Done at the City of Austin, this 24th day of October, 2005.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk